# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00156-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MICHAEL S. DEWEY,

    Plaintiff,

v.

DEANNA ROMERO, Physician's Assistant,
KERI McKAY, Rtc Medical Care Provider, and
JOHN DOE, Unnamed Correctional Officer,

    Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Complaint (ECF No. 1), a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3), a Motion to File Without Payment of Filing Fee (ECF No. 4), and an unsigned document titled "42 U.S.C. §1983 – Civil Action for Deprivation of Rights" (ECF No. 5).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   __   is not submitted
(2)   xx   is not on proper form (must use the court's current nonprisoner form)
(3)   __   is missing original signature by plaintiff/petitioner/applicant
(4)   __   is missing affidavit

(5) ____ affidavit is incomplete
(6) ____ affidavit is not notarized or is not properly notarized
(7) ____ names in caption do not match names in caption of complaint, petition or application
(8) ____ other _____

**Complaint or Petition**:
(9) ____ is not submitted
(10) ____ is not on proper form (must use the court's current form)
(11) ____ is missing an original signature by the plaintiff/petitioner/applicant
(12) ____ is incomplete
(13) ____ uses et al. instead of listing all parties in caption
(14) ____ names in caption do not match names in text
(15) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ____ other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED January 24, 2013, at Denver, Colorado.

                          BY THE COURT:

                          s/ Boyd N. Boland
                          United States Magistrate Judge