IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00156-LTB

MICHAEL S. DEWEY,

    Plaintiff,

v.

DEANNA ROMERO, Physician's Assistant,
KERI McKAY, Rtc Medical Care Provider, and
JOHN DOE, Unnamed Correctional Officer,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 1, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 1 day of March, 2013.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/ M.J. Garcia
                      Deputy Clerk